DAVID A. HUBBERT
Deputy Assistant Attorney General

TY HALASZ (Colorado Bar)
Trial Attorney, Tax Division
United States Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044
*Tel*. (202) 307-6484
*Fax*. (202) 307-0054
Ty.Halasz@usdoj.gov

*Counsel for the United States*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| ADA H. BRAUN, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | Case No. 2:19-CV-6980-LB <br><br> **NOTICE OF SETTLEMENT** |

The parties hereby notify the Court that a settlement has been reached to resolve this case. To allow the Internal Revenue Service sufficient time to complete the necessary administrative steps to effectuate the settlement, the parties request 60 days to file the appropriate dismissal papers.

1

Respectfully submitted March 10, 2022.

/s/ *Arthur V. Pearson*
ARTHUR V. PEARSON (No. 58860)
   APearson@mpbf.com
Janet L. Everson (No. 211161)
   JEverson@mpbf.com
MURPHY, PEARSON, BRADLEY & FEENEY
580 California Street, Suite 1100
San Francisco, California 94104
*Tel.* (415) 788-1900
*Fax.* (415) 393-8087

*Counsel for the Plaintiff*

DAVID A. HUBBERT
Deputy Assistant Attorney General

/s/ *Ty Halasz*
TY HALASZ (Colorado Bar)
Trial Attorney, Tax Division
United States Department of Justice

*Counsel for the United States*

2