DAVID A. HUBBERT
Deputy Assistant Attorney General

TY HALASZ (Colorado Bar)
Trial Attorney, Tax Division
United States Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044
*Tel*. (202) 307-6484
*Fax*. (202) 307-0054
Ty.Halasz@usdoj.gov

*Counsel for the United States*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| ADA H. BRAUN,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | Case No. 3:19-CV-6980-LB<br><br>**STIPULATION OF DISMISSAL** |

Plaintiff Ada Braun and Defendant United States of America hereby stipulate to dismiss this case with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties to bear their own costs and expenses, including attorneys' fees.

//

//

//

Stipulation of Dismissal                    1

Respectfully submitted April 20, 2022.

/s/ *Arthur V. Pearson*
ARTHUR V. PEARSON (No. 58860)
APearson@mpbf.com
Janet L. Everson (No. 211161)
JEverson@mpbf.com
MURPHY, PEARSON, BRADLEY & FEENEY
580 California Street, Suite 1100
San Francisco, California 94104
*Tel*. (415) 788-1900
*Fax*. (415) 393-8087

*Counsel for the Plaintiff*

DAVID A. HUBBERT
Deputy Assistant Attorney General

/s/ *Ty Halasz*
TY HALASZ (Colorado Bar)
Trial Attorney, Tax Division
United States Department of Justice

*Counsel for the United States*

Stipulation of Dismissal            2